UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMETREUS ADAMS,

                Plaintiff,

    -against-

PEOPLE OF THE STATE OF NEW YORK, ET AL.,

                Defendants.

24 CIVIL 4543 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the Order of Dismissal, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 8, 2024
            New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge