UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIMETREUS ADAMS,

                Plaintiff,

      -against-

PEOPLE OF THE STATE OF NEW YORK,
ET AL.

             Defendants.

24-CV-4543 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated November 26, 2024, the Court directed Plaintiff, within thirty days, to submit an amended application for leave to proceed *in forma pauperis* ("IFP") or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended IFP application or paid the fees.[1] Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

---

[1] On January 17, 2025, the Court mailed a copy of the order to the most recent address Plaintiff provided, but it was returned as undeliverable on February 6, 2025.

The Court directs the Clerk of Court to enter judgment dismissing this case.

SO ORDERED.

Dated:    April 25, 2025
          New York, New York

                                        /s/ Laura Taylor Swain
                                        _____
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge